

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 15, 2015

Shannon Brady Geihsler
Attorney at Law
1001 Main Street, Suite 803
Lubbock, TX 79401-3322
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00447-CR, 07-15-00448-CR, 07-15-00449-CR
Trial Court Case Number: 2014-404,346, 2014-404,347, 2014-404,736

**Style:** Jonathan Gomez v. The State of Texas

Dear Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. The docketing statement has not been filed pursuant to Tex. R. App. P. 32.2 and must be filed by appellant within ten (10) days from the date of this notice.

**Please refer to the Court's website for local rules on electronic filing of all documents.**

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable William R. Eichman II (DELIVERED VIA E-MAIL)
Janette Bills (DELIVERED VIA E-MAIL)
Barbara Sucsy (DELIVERED VIA E-MAIL)